UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                        ) Bky. Case No. 18-30341
                                              ) Chapter 7
Louie L. Slominski,                           )
                                              ) SALE AGREEMENT
                                              )
        Debtor.                               )
                                              )

Gene W. Doeling, the bankruptcy trustee in the above-referenced matter, enters into this Sale Agreement with Pat K. Sundall. The parties agree as follows:

1. The debtor filed a Chapter 7 bankruptcy petition on June 1, 2018.
2. Gene W. Doeling is the trustee of the bankruptcy estate.
3. The debtor, Louie Slominski, scheduled nonexempt real estate in Lyman County, South Dakota located at the following:

    Lots 6 and 7, Block 3, South Presho, South Dakota.

4. The trustee has agreed to sell the bankruptcy estate's interest in the real estate to Pat K. Sundall, 200 West 2nd Street, PO Box 522, Presho SD 57568, for the purchase price of $7,000.
5. Pat K. Sundall shall pay the bankruptcy trustee the full $7,000 when this signed agreement is returned to the trustee.
6. This agreement is subject to bankruptcy court approval, which the bankruptcy trustee shall promptly seek to obtain.

Dated: 11-7-18

_____
Gene W. Doeling, Bankruptcy Trustee

Dated: 10/28/2018

_____
Pat K. Sundall, Purchaser