# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No. 18-30341 |
| ) | Chapter 7 |
| Louie L. Slominski, ) | |
| ) | **ORDER** |
| ) | |
| Debtor. ) | |
| _____ ) | |

On November 7, 2018, the Bankruptcy Trustee filed a motion seeking approval of a Sale Agreement executed by the Trustee and Pat K. Sundall.  Doc 161.  The Trustee served notice of the motion, which included a summary of the terms of the sale, on interested parties.  The Court received no objections.  Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Sale Agreement is fair and equitable and appears to be in the best interest of the bankruptcy estate.

IT IS ORDERED that the Motion for Approval of Sale Agreement is GRANTED. The Sale Agreement filed as Document 160 is APPROVED.

Dated this 6th day of December, 2018.

/s/   SHON HASTINGS
Shon Hastings, Judge
United States Bankruptcy Court